**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE PARETEUM CORPORATION DERIVATIVE LITIGATION | Lead Case No. 1:20-cv-00359-AKH <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Shiv Patel and Michael Shaw ("Plaintiffs"), by and through Plaintiffs' undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Voluntary dismissal is appropriate under Fed. R. Civ. P. 41(a)(1) given that Defendants have not answered the Complaint nor filed a motion for summary judgment.

Notice of this voluntary dismissal is not required under Fed. R. Civ. P. 23.1(c) because neither Plaintiffs nor Plaintiffs' counsel have received or will receive any compensation whatsoever for this dismissal.

Dated: July 14, 2020

**GAINEY McKENNA & EGLESTON**

*Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, New York 10017
Telephone: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this on July 14, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

       /s/ Thomas J. McKenna
       Thomas J. McKenna