UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
IN RE: PARETEUM CORPORATION       :   **ORDER DENYING PROPOSED**
STOCKHOLDER DERIVATIVE LITIGATION :   **STIPULATION**
:
:   20 Civ. 6264 (AKH)
:   20 Civ 359 (AKH)
:   20 Civ 6264 (AKH)
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      I decline to sign the stipulation proposed by plaintiffs Brad Linton, Edward Hayes and Juanita Silveria, dated November 18, 2020, and filed as a separate action, 20 Civ. 6264. These derivative lawsuits appear to be substantially similar to the derivative actions already consolidated before me, filed by plaintiffs Shiv Patel and Michael Shaw in 20 Civ. 740.

      My order of consolidation and appointment of Lead Counsel (ECF 23, June 23, 2020) is supplemented to include the three new derivative plaintiffs, Linton, Hayes and Silveria, transferred to me by the U.S. District Court for Delaware. There is no need to include, and many reasons of efficiency and economy not to include, any additional Lead Counsel. The issues of the derivative actions will largely duplicate the class actions against Pareteum and related individuals, and Lead Class Counsel will be conducting the discovery, subject to potential, non-duplicative supplementation by Derivative Lead Counsel, Gainey McKenna and Egleston. I have admonished that firm to staff leanly, and to be attentive to economy. If and when settlement discussions occur, the derivative plaintiffs will be in secondary position, careful not to diverge discovery from the class directly affected by the alleged frauds, and focusing on issues relevant only to the derivative lawsuits.

       The Clerk will file copies of this order in both 20 Civ. 359 and 20 Civ. 6264. Hereafter, all filings will be in 20 Civ 359.

       SO ORDERED.

Dated:    November 20, 2020                     /s/
           New York, New York          ALVIN K. HELLERSTEIN
                                                    United States District Judge