UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                           :

IN RE: PARETEUM CORPORATION      :   **ORDER**
STOCKHOLDER DERIVATIVE LITIGATION  :

                           :   20 Civ. 359 (AKH)

------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Lead Counsel Thomas McKenna of the law firm Gainey, McKenna, & Egleston, shall

advise the Court by Monday, November 30, 2020, at 12:00 p.m. of the status of the derivative

actions, namely 20-cv-359, 20-cv-740, 20-cv-6264, and 20-cv-6272.

       SO ORDERED.

Dated:       November 23, 2020                    /s/
             New York, New York          ALVIN K. HELLERSTEIN
                                      United States District Judge