UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
:
:
IN RE: PARETEUM CORPORATION : **ORDER**
STOCKHOLDER DERIVATIVE LITIGATION :
:  20 Civ. 359 (AKH)
:  20 Civ. 740 (AKH)
:
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    By noon, December 7, 2020, Thomas J. McKenna, Esq. shall describe anything of value promised or received by him or by his law firm, Gainey McKenna and Egleston, for representation of stockholders Patel, Shaw or any other stockholder in the derivative lawsuits on behalf of Pareteum Corp. or, if nothing of value was promised or received, so represent. The court's further orders will issue after receipt of said description or representation.

        SO ORDERED.

Dated:    December 1, 2020                         /s/
             New York, New York              ALVIN K. HELLERSTEIN
                                                        United States District Judge